UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALPH HARRIS and
THERESA BURNETT-HARRIS,

    Plaintiffs,

v.

BUREAU OF COMMUNITY AND
HEALTH SYSTEMS *et al.*,

    Defendants.
_____/

Case No. 16-cv-13985
Hon. Matthew F. Leitman

## ORDER DISMISSING PLAINTIFFS' COMPLAINT (ECF #1) WITHOUT PREJUDICE

On November 10, 2016, Plaintiffs Ralph Harris ("Mr. Harris") and Theresa Burnett-Harris (collectively, "Plaintiffs") filed this action against the Michigan Bureau of Community and Health Systems, Larry Horvath, and Emilee C. Smith (collectively, "Defendants"). (*See* Compl., ECF #1.) Among other things, Plaintiffs appear to allege that Mr. Harris was mistreated while a resident of the Beaconshire Nursing Centre and that Defendants committed fraud and other misconduct related to an investigation of Plaintiffs' mistreatment allegations. (*See id.*)

On November 30, 2016, the Court entered a written Order in which it required Plaintiffs to file a More Definite Statement with respect to their allegations against the Defendants by no later than January 16, 2017 (the "Order"). (*See* ECF #6.) The Court then expressly warned Plaintiffs that the "[f]ailure to comply as directed may result in the dismissal of this action." (*Id.* at 4, Pg. ID 28; emphasis in original).

Plaintiffs have failed to comply with the Order and have not filed a More Definite Statement as the Court required. Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Complaint (ECF #1) is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Order.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 20, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 20, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113

2