UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALPH HARRIS and
THERESA BURNETT-HARRIS,

    Plaintiffs,

v.

BUREAU OF COMMUNITY AND
HEALTH SYSTEMS *et al.*,

    Defendants.
_____/

Case No. 16-cv-13985
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Order Dismissing Plaintiffs' Complaint Without Prejudice, dated January 20, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs.

                DAVID J. WEAVER
                CLERK OF COURT

            By:   s/Holly A. Monda
                     Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: January 20, 2017
Detroit, Michigan